[No. 48297-1-I.   Division One.   April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SIDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05096-4, James D. Cayce, J., entered March 16, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 48299-8-I.   Division One.   April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07951-2, Ann Schindler, J., entered March 9, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48314-5-I.   Division One.   April 29, 2002.]

THOMAS H. COX, *Respondent*, v. CHERYL A. COX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-02257-5, Ronald Kessler, J., entered March 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48375-7-I.   Division One.   April 29, 2002.]

MARY JANE THOMPSON, ET AL., *Respondents*, v. JEFF GAMBLE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-01939-2, Kenneth L. Cowsert, J., entered March 30, 2001. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Schindler, JJ.